**PROPOSED ORDER/COVER SHEET**

TO:      **Honorable Thomas S. Hixson**          RE:   **Donald Do**
         **U.S. Magistrate Judge**

FROM:    **Silvio Lugo, Chief**                  **Docket No.:**   **3:26-cr-00195-TLT-1**
         **U.S. Pretrial Services Officer**

**Date:**      **May 22, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Carolyn Truong                                      408 857 5174

**U.S. Pretrial Services Officer**                  **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____      Presiding  District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

*The following condition is removed:*

*1. Defendant must submit to supervision by Pretrial Services and must report immediately upon release thereafter directed by Pretrial Services.*

*The ~~following condition is added:~~* that Defendant not travel outside of California is modified to be:

*2. Defendant must not travel outside the United States.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).


_____          May 22, 2026
**JUDICIAL OFFICER**                      **DATE**
Thomas S. Hixson
U.S. Magistrate Judge